The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WYNP | E1481766 | HUELS | 08/15/2025 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 36CFR4.21(c) | OPERATE A MOTOR VEHICLE IN EXCESS OF THE POSTED SPEED L | | |
| Defendant Name | | | |
| LI, ZEHAO | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT YELLOWSTONE JUSTICE CENTER 105 ALBRIGHT AVE YELLOWSTONE N P, WY 82190 | | | 09/18/2025 01:30 PM |