

**FILED**

**Margaret Botkins**
**Clerk of Court**

11:45 am, 1/14/26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Stephanie A Hambrick, United States Magistrate Judge
L:25-po-00488-SAH-1

Jessica Jarvis, Deputy Clerk                      January 14, 2026
FTR Recording

United States of America,
                        Plaintiff              Ariel Calmes

vs

Zehao Li                                       Sydney Moller

            Defendant

### 01/14/2026 Bench Trial Day 1

| Time | Event |
|---|---|
| 09:00am | Court in session. All parties appeared by Zoom Video. Judge Hambrick appeared from the Mammoth Courtroom. Interpreter placed under oath. |
| 09:03am | Defendant place under oath. |
| 09:04am | Defendant waived right to in-person trial. |
| 09:06am | Defendant informed of Charge, potential penalties and rights. |
| 09:12am | Defendant pled not guilty. |
| 09:13am | Parties stipulated to Government's Exhibits 1, 2, and 3. |
| 09:14am | Governments Exhibits 1,2 and 3 offered and admitted. |
| 09:15am | Government waived opening statements. Defendant offered opening statements. |
| 09:16am | Government called it's first witness, Catherine Huels, sworn. |
| 09:21am | Ranger Huels identified the defendant on Zoom video. |
| 09:23am | Government's Exhibit 1 published. |
| 09:24am | Government's Exhibit 2 published. |
| 09:30am | Defense cross examination of Ranger Huels. |
| 09:38am | Government redirect. |
| 09:43am | No re-cross from defense. Ranger Huels excused. |
| 09:44am | Government rested. Defense called first witness, Zehao Li. |
| 10:05am | Government's cross examination. |

| | |
|---|---|
| 10:11am | Defense redirect. |
| 10:13am | No Government re-cross.  Defense rested. |
| 10:14am | No Government rebuttal.  Government closing argument. |
| 10:22am | Defense closing argument. |
| 10:25am | Government rebuttal. |
| 10:26am | Court in recess. |
| 11:03am | Defendant found guilty.  Government Sentencing argument. |
| 11:07am | Defendant Sentencing argument. |
| 11:20am | Defendant Sentenced to $450 fine, $30 processing fee, $10 special assessment.  Abstract will be sent in. |
| 11:23am | Due in full by 02/13/2026. |
| 11:25am | Notice of right to appeal. Court in recess. |

**Witnesses:**
Catherine Huels (Government)
Zehao Li (Defense)